United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **LOVEPREET SINGH,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00833** |
| | § | |
| **MIGUEL VERGARA, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On June 17, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioner. (Dkt. 8.) On June 18, 2026, Respondents filed an advisory confirming that Petitioner was released from Immigration and Customs Enforcement (ICE) detention, (Dkt. 10). Respondents also filed a Motion for Clarification, (Dkt. 9), seeking clarification of the Court's June 17, 2026 Order granting Petitioner's Petition for Writ of Habeas Corpus. "There is no Federal Rule of Civil Procedure specifically governing motions for clarification."[1] *United States v. All Assets Held at Bank Julius, Baer & Co., Ltd.*, 315 F. Supp. 3d 90, 99 (D.D.C. 2018) (citation omitted); *APL Logistics Americas, Ltd. v. TTE Tech., Inc.*, 2013 WL 12124588, at *1 (N.D. Tex. Mar. 5, 2013). "The general purpose of a motion for clarification is to explain or clarify something ambiguous or vague, not to alter or amend." *All Assets Held at Bank Julius, Baer & Co., Ltd*, 315 F. Supp. 3d at 99. Whether to grant or deny a motion for clarification lies within the discretion of the district court. *See APL Logistics Americas, Ltd.*, WL

[1] "Some courts resolve a motion for clarification under the same standard as a motion for reconsideration." *Double Diamond Delaware, Inc. v. Homeland Ins. Co. of New York*, 2021 WL 12103006, at *1 (N.D. Tex. June 15, 2021).

12124588, at *2. The Court finds that its prior June 17, 2026 Order granting Petitioner's Petition for Writ of Habeas Corpus was not ambiguous or vague. Accordingly, Respondents' Motion for Clarification, (Dkt. 9), is DENIED.

IT IS SO ORDERED.

SIGNED this July 14, 2026.

Diana Saldaña
United States District Judge